**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE SAVE THE PEAKS COALITION; KRISTIN HUISINGA; CLAYSON BENALLY; SYLVAN GREY; DON FANNING; JENEDA BENALLY; FREDERICA HALL; BERTA BENALLY; RACHEL TSO; LISA TSO, | No. 10-17896<br><br>D.C. No. 3:09-cv-08163-MHM<br>District of Arizona,<br>Phoenix |
|        Plaintiffs - Appellants, | ORDER |
|   v. | |
| UNITED STATES FOREST SERVICE; JOSEPH P. STRINGER, Acting Forest Supervisor for the Coconino National Forest, | |
|        Defendants - Appellees, | |
| ARIZONA SNOWBOWL RESORT LP, | |
|        Intervenor-Defendant - Appellee. | |

Before: WALLACE, NOONAN, and M. SMITH, Circuit Judges.

Our order filed on June 21, 2012 (ECF No. 77) is hereby amended. All

portions of the order, except the portion denying Intervenor-Defendant-Appellee

Arizona Snowbowl Resort Limited Partnership's (Snowbowl) motion for

attorney's fees, are withdrawn, Snowbowl's motion for costs is denied, and our referral of the order to the Appellate Commissioner is withdrawn.

In light of these amendments, Attorney Plaintiffs'/Appellants Save the Peaks Coalition's July 5, 2012 Petition for Rehearing En Banc is denied, as moot.

THE SAVE THE PEAKS COALITION No.10-17896

WALLACE, Circuit Judge, dissenting:

I respectfully dissent. I would impose sanctions on Shanker for "grossly abus[ing] the judicial process by strategically holding back claims that could have, and should have, been asserted in the first lawsuit (and would have been decided earlier but for counsel's procedural errors in raising those claims)." *Save the Peaks Coal. v. U.S. Forest Serv.*, 669 F.3d 1025, 1028 (9th Cir. 2012).